IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20<br><br>    Defendants.<br>                                          / | No. C 10-05587 WHA<br><br>**ORDER SUSTAINING RULE 26(f) OBLIGATIONS** |

        The parties jointly request an order specifying "whether defendant's anticipated filing of its motion to stay this action and to compel arbitration should suspend their Rule 26(f) obligations to confer and develop a discovery plan pursuant to Fed. R. Civ. Pro. 26(f) or to provide the initial disclosures to the other party pursuant to Fed. R. Civ. Pro. 26(a)(1)" (Dkt. No. 18 at 1–2). The answer is a resounding "no." Neither defendant's anticipated filing of such a motion nor the actual filing of the motion would suspend the parties' Rule 26 obligations. Litigation must proceed in a timely manner despite the uncertainties that inevitably are manifested along the way. This order does not take any position as to the merits of defendant's anticipated motion.

        **IT IS SO ORDERED.**

Dated: March 9, 2011.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE