1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   MITSUI O.S.K. LINES, LTD.,                          No. C 10-05587 WHA

10              Plaintiff,

11      v.                                              **ORDER FINDING THAT**
                                                        **CASES ARE NOT RELATED**
12  QINGDAO JMS LOGISTICS CO. LTD.,
    and DOES 1 through 20
13

14              Defendants.
                                                  /
15

16          Having reviewed the files, this order finds that the following cases are not related to the

17  above-captioned case:  C 10-5588 RS, Mitsui O.S.K. Lines, Ltd. v. Deltrans International

18  Shipping Corp.; C 10-05590 MEJ, Mitsui O.S.K. Lines, Ltd. v. U.S. Pacific Transport, Inc.; and

19  C 10-05591 MEJ, Mitsui O.S.K. Lines, Ltd. v. Seamaster Logistics, Inc.  Although these actions

20  involve similar allegations and the same plaintiff, they arise from different acts by different

21  defendants.  Factual differences and unique defenses are likely to overwhelm any similarities

22  between the cases.  Good cause not having been shown, no reassignments shall occur.

23

24      **IT IS SO ORDERED.**

25

26  Dated:  July 5, 2011.
                                            _____
27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
28

---

United States District Court

For the Northern District of California