IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MITSUI O.S.K. LINES, LTD.,

    Plaintiff,

  v.

QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 10-05587 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference is **CONTINUED** to **FEBRUARY 23, 2012, AT 11:00 A.M.**, at which time the mediation should be completed. Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: October 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE