ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Facsimile:    (562) 437-7555
Email:        erichw@fdw-law.com

CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:    (415) 693-5566
Facsimile:    (415) 693-0410
Email:        contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>            Plaintiff,<br>   vs.<br><br>QINGDAO JMS LOGISTICS CO. LTD.,<br>and DOES 1 through 20,<br><br>            Defendants,<br><br>AND RELATED COUNTERCLAIM. | ) Case No.: CV 10 5587 WHA<br>)<br>) **JOINT REQUEST TO CONTINUE**<br>) **CASE MANAGEMENT CONFERENCE**<br>)  AND ORDER<br>) Hearing Date: February 23, 2012<br>) Hearing Time: 3:00 p.m.<br>) Judge: Hon. William H. Alsup<br>) |

-1-
JOINT REQUEST TO CONTINUE CMC  AND ORDER
Case No.: CV 10 5587 WHA

Counsel for plaintiff and counter-defendant Mitsui O.S.K. Lines, Ltd. ("MOL") and defendant and counter-claimant Qingdao JMS-Logistics Service Co. Ltd. ("Qingdao") submit this joint request to continue the pending Case Management Conference.

The Court referred this matter to arbitration by its Order Compelling Arbitration dated April 11, 2011. Arbitration was originally scheduled to commence January 25, 2012, but after the parties agreed to conduct mediation they sought to continue the arbitration in order to permit that mediation to proceed. In relation thereto, on January 31, 2012, this Court ordered that the deadline for trial-type arbitration proceedings was continued to June 15, 2012, with the parties to "immediately file a status update if proceedings do not begin by then." In light of that order, the parties respectfully request that the case management conference scheduled for February 23, 2012 be vacated and continued to a date after June 15, 2012.

Respectfully submitted,

Dated: February 13, 2012      FLYNN, DELICH & WISE LLP

/s/

By: _____
Erich P. Wise
Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

Dated: February 13, 2012      EMARD DANOFF PORT TAMULSKI &
PAETZOLD LLP

/s/

By _____
Eric Danoff
Katharine Essick
Attorneys for Defendant
QINGDAO JMS-LOGISTICS SERVICE CO. LTD.

Dated: February 13, 2012              BLANK ROME LLP

                                      By: _/s/_____
                                      Jeremy J.O. Harwood
                                      Attorney *Pro Hac Vice* for Defendant
                                      QINGDAO JMS-LOGISTICS SERVICE CO. LTD.

ORDER

So granted.  Please note there will be no further continuances.

Dated: February 14, 2012.



-3-
JOINT REQUEST TO CONTINUE CMC AND ORDER
Case No.: CV 10 5587 WHA