ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:   (562) 435-2626
Facsimile:    (562) 437-7555
Email:         erichw@fdw-law.com

CONTE C. CICALA (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA 94104
Telephone:   (415) 693-5566
Facsimile:    (415) 693-0410
Email:         contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | ) Case No.: CV 10 5587 WHA |
| Plaintiff, | ) **JOINT REQUEST TO CONTINUE** |
| vs. | ) **CASE MANAGEMENT CONFERENCE** |
| | ) AND ORDER |
| QINGDAO JMS LOGISTICS CO. LTD., | ) Hearing Date: February 23, 2012 |
| and DOES 1 through 20, | ) Hearing Time: 3:00 p.m. |
| | ) Judge: Hon. William H. Alsup |
| Defendants, | ) |

AND RELATED COUNTERCLAIM.

1  Counsel for plaintiff and counter-defendant Mitsui O.S.K. Lines, Ltd. ("MOL") and
2  defendant and counter-claimant Qingdao JMS-Logistics Service Co. Ltd. ("Qingdao") submit this
3  joint request to continue the pending Case Management Conference.
4  The Court referred this matter to arbitration by its Order Compelling Arbitration dated
5  April 11, 2011.  Arbitration was originally scheduled to commence January 25, 2012, but after the
6  parties agreed to conduct mediation they sought to continue the arbitration in order to permit that
7  mediation to proceed.  In relation thereto, on January 31, 2012, this Court ordered that the deadline
8  for trial-type arbitration proceedings was continued to June 15, 2012, with the parties to
9  "immediately file a status update if proceedings do not begin by then."  In light of that order, the
10 parties respectfully request that the case management conference scheduled for February 23, 2012
11 be vacated and continued to a date after June 15, 2012.

Respectfully submitted,

Dated:  February 13, 2012			FLYNN, DELICH & WISE LLP

					/s/

				By:	_____
					Erich P. Wise
					Conte C. Cicala
					Attorneys for Plaintiff
					MITSUI O.S.K. LINES, LTD.

Dated:  February 13, 2012			EMARD DANOFF PORT TAMULSKI &
					PAETZOLD LLP
					/s/

				By	_____
					Eric Danoff
					Katharine Essick
					Attorneys for Defendant
					QINGDAO JMS-LOGISTICS SERVICE CO. LTD.

-2-
JOINT REQUEST TO CONTINUE CMC
Case No.: CV 10 5587 WHA

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

Dated: February 13, 2012          BLANK ROME LLP

By: _____/s/_____

Jeremy J.O. Harwood
Attorney *Pro Hac Vice* for Defendant
QINGDAO JMS-LOGISTICS SERVICE CO. LTD.

ORDER

So granted.  Please note there will be no further continuances.

Dated:  February 14, 2012.



-3-
JOINT REQUEST TO CONTINUE CMC  AND ORDER
Case No.: CV 10 5587 WHA