IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MITSUI O.S.K. LINES, LTD.,

    Plaintiff,

v.

QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20,

    Defendants.
/
AND RELATED COUNTERCLAIM.
/

No. C 10-05587 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The request for continuance neglects to state whether there is a signed settlement agreement in final form. On the condition that counsel so represent by **TUESDAY, JUNE 19 BY 5:00 P.M.**, the case management conference will be **CONTINUED** for 28 days (**JULY 19 AT 11:00 A.M.**) to implement the settlement. If such a representation cannot be made, then the case management conference will go forward as scheduled (except that it will be moved up one day, to Wednesday, June 20).

    **IT IS SO ORDERED.**

Dated: June 18, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE