IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MITSUI O.S.K. LINES, LTD.,

    Plaintiff,

  v.

QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20,

    Defendants.

No. C 10-05587 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **JULY 19, 2012, AT 11:00 A.M.** in order for the parties to finalize their settlement and file a dismissal.

**IT IS SO ORDERED.**

Dated: June 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE