United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20, <br><br> Defendants. | No. C 10-05587 WHA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby **CONTINUES** the case management conference to **JULY 19, 2012, AT 11:00 A.M.** in order for the parties to finalize their settlement and file a dismissal.

**IT IS SO ORDERED.**

Dated: June 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE