IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | No. C 10-05587 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

The case management conference is hereby **CONTINUED** to **AUGUST 23, 2012, AT 11:00 A.M.** If the case is dismissed by that time, the case management conference will, of course, be moot.

**IT IS SO ORDERED.**

Dated: July 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE