IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> QINGDAO JMS LOGISTICS CO. LTD., and DOES 1 through 20, <br><br> Defendant. <br> ─────────────────────────────/ <br> AND RELATED COUNTERCLAIM. <br> ─────────────────────────────/ | No. C 10-05587 WHA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is hereby **CONTINUED** to **AUGUST 23, 2012, AT 11:00 A.M.** If the case is dismissed by that time, the case management conference will, of course, be moot.

**IT IS SO ORDERED.**

Dated: July 17, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE